

# NUMBER 13-12-00475-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JOSEPH MORALES

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Joseph Morales, filed a petition for writ of mandamus in the above cause on July 24, 2012, contending that the trial court lacked jurisdiction in the underlying will construction case. The Court requested that the real party in interest, Geralda Morales-Whittemore, file a response to the petition for writ of mandamus. The real party in interest has not yet filed her response.

Subsequently, on August 3, 2012, relator filed a motion for emergency stay. That same day, the Court granted the motion for emergency stay and ordered that the trial

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

court's "Order Granting the Estate's Motion for Turnover of Corporation and for Enforcement of Court's Order" and the "Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction" to be stayed. The real party in interest thereafter filed a response to the motion for emergency stay.

The Court, having examined and fully considered the petition for writ of mandamus, the motion for emergency stay, and the response to the motion for emergency stay, is of the opinion that this original proceeding should be denied. *See, e.g., In re Int'l Profit Assocs.*, 274 S.W.3d 672, 676 (Tex. 2009) (orig. proceeding) ("Although mandamus is not an equitable remedy, its issuance is controlled largely by equitable principles."). Accordingly, the stay previously imposed by this Court is LIFTED. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The petition for writ of mandamus is DENIED. *See id.* 52.8(a). The real party's pending motion for extension of time is DISMISSED AS MOOT.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
7th day of August, 2012.

2